IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ARETHA BELL, et al.**                                                                 **PLAINTIFFS**

**VS.**                                     **CIVIL ACTION NO.: 4:13-cv-141-NBB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI, et al.**                            **DEFENDANTS**

## ORDER DENYING MOTION TO STAY

This matter is before the court on Plaintiffs' Motion to Stay [33]. Upon due consideration of the motion, the court finds the motion is not well taken and should be denied.

At the outset of this litigation, the undersigned magistrate judge specifically informed counsel she has no discretion to move the existing deadlines so as to cause the dispositive motions' deadline to fall within four months of an assigned trial date. Since the trial date in this case is January 12, 2015, there is relatively little time to complete discovery in accordance with the assigned deadlines. As such, the court is not inclined to stay this matter. However, the court will extend the existing, unexpired case management deadlines up to, but not to exceed, the aforementioned four-month period. Accordingly, the discovery deadline is extended until August 22, 2014, and the dispositive motion deadline is now September 12, 2014. No further extensions will be permitted absent a trial continuance.

**SO ORDERED**, this the 11th day of June, 2014.

                                                    /s/ Jane M. Virden
                                                    **UNITED STATES MAGISTRATE JUDGE**