# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ARETHA BELL, et al.**                                                          **PLAINTIFFS**

**V.**                              **CIVIL ACTION NO.:  4:13-cv-00141-NBB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI, et al.**                                          **DEFENDANTS**

## ORDER GRANTING MOTION TO COMPEL

This matter is before the court on Defendant's Motion to Compel [37]. The court has considered the motion and finds it is well taken for the reasons articulated in the Defendant's Motion as well as for the fact that the motion is unopposed and no objections to the original interrogatories or requests were plead.

**IT IS, THEREFORE, ORDERED** that the motion to compel is hereby **GRANTED**. The Plaintiffs shall have fourteen (14) days to provide the requested information or incur sanctions as deemed appropriate by the court, including a recommendation of dismissal and/or monetary sanctions on further motion of the defendants.

**SO ORDERED**, this the 1st day of July, 2014.

                                        /s/ Jane M. Virden
                                        **UNITED STATES MAGISTRATE JUDGE**