IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ARETHA BELL, et al.**                                                                 **PLAINTIFFS**

**V.**                                **CIVIL ACTION NO.: 4:13-cv-00141-NBB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI, et al.**                                     **DEFENDANTS**

## ORDER GRANTING SUBSTITUTION OF PARTY

This matter is before the court on Plaintiff's unopposed Motion to Substitute Party Administratrix [44]. Plaintiff seeks to substitute Brenett Haynes for Aretha Bell as Administratrix of the Estate of Donovan G. Dukes. Federal Rule of Civil Procedure 25 holds, "[W]hen a public officer who is a party in an official capacity … otherwise ceases to hold office while the action is pending[, t]he officer's successor is automatically substituted as a party." FED. R. CIV. P. 25(d). By operation of the rule, substitution of the estate's administratix is automatic, and the court takes note of such. The clerk is hereby notified of the substitution and is directed to update the docket to reflect the same.

**SO ORDERED**, this the 30th day of July, 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**