# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**BRENETT HAYNES, et al.**                                                                **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO: 4:13-cv-00141-NBB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI, et al.**                                           **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, the Court hereby orders that all claims in the above-captioned action raised by Plaintiff Brenett Haynes, duly appointed successor administratrix of the estate of Donovan Dukes, against Defendants the City of Shelby, Mississippi, Joe Womack, Harold Billings, Dan Harris, Jr, Peggy Mengarelli, Jessie Ricky Nunley, Kermit E. Stanton, and Brett Williams ("Shelby-Affiliated Defendants") be dismissed with prejudice.

SO ORDERED, this the 5th day of August, 2014.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE

PD.11958637.1