IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ARETHA BELL et al.**                                                                   **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO.: 4:13-cv-00141(B)(V)**

**BOLIVAR COUNTY, MISSISSIPPI, et al.**                               **DEFENDANTS**

## STIPULATION OF DISMISSAL

It is hereby stipulated, pursuant to Rule 41(a)(1)(ii), that all claims against Defendants Ricardo Tell, in his official and individual capacities, Marion Bedford, in his official and individual capacities, and Eunice Sanders, in her official and individual capacities ("Shelby-Affiliated Defendants") in the above-entitled action may be dismissed with prejudice pursuant to the terms of a Release of Claims and Settlement Agreement entered into between Plaintiff Brenett Haynes ("Plaintiff"), duly appointed successor administratrix of the estate of Donovan Dukes, and the Shelby-Affiliated Defendants, which includes full provisions for any and all claims of attorney's fees and costs arising in this action. It is further stipulated that all claims against the "John Doe Defendants" named in in the above-entitled action may be dismissed with prejudice as well.

Based on this stipulation, the parties agree that the Court may enter an Order dismissing the Shelby-Affiliated Defendants and the John Doe Defendants with prejudice.

SO STIPULATED this the 11th day of August, 2014.

                                                                   Respectfully submitted,

                                                                   */s/Bobby T. Vance*
                                                                  BOBBY T. VANCE

*/s/ G. Todd Butler*
GARY E. FRIEDMAN
G. TODD BUTLER

*/s/ David D. O'Donnell*
DAVID D. O'DONNELL

- 2 -

## **CERTIFICATE OF SERVICE**

I, TODD BUTLER, do hereby certify that on August 11, 2014 I electronically filed the above and foregoing *STIPULATION OF DISMISSAL* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Bobby Taylor Vance
VANCE LAW OFFICE, INC.
123 Van Voris Street
Post Office Box 307
Batesville, MS 38606
(662) 563-0403
bobbytaylorvance@cableone.net

*ATTORNEY FOR PLAINTIFF*

David D. O'Donnell
CLAYTON O'DONNELL, PLLC
P.O. Drawer 676
Oxford, Mississippi 38655
(662) 234-0900
dodonnel@claytonodonnell.com

*ATTORNEY FOR DEFENDANTS BOLIVAR COUNTY, MISSISSIPPI AND H.M. MACK GRIMMETT*

                                                      */s/ G. Todd Butler*
                                                       G. TODD BUTLER