## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**BRENETT HAYNES, et al.**                                                                     **PLAINTIFFS**

**VS.**                                  **CIVIL ACTION NO: 4:13-cv-00141-NBB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI, et al.**                                  **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, the Court hereby orders that all claims in the above-captioned action raised by Plaintiff Brenett Haynes, duly appointed successor administratrix of the estate of Donovan Dukes, against Defendants Ricardo Tell, in his official and individual capacities, Marion Bedford, in his official and individual capacities, Eunice Sanders, in her official and individual capacities ("Shelby-Affiliated Defendants") and the various "John Doe Defendants" be dismissed with prejudice.

SO ORDERED, this the 12th day of August, 2014.

                                                     /s/ Neal Biggers
                                                     NEAL B. BIGGERS, JR.
                                                     UNITED STATES DISTRICT JUDGE