## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**ARETHA BELL ET AL.**                                                                               **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO.: 4:13-cv-00141(B)(V)**

**BOLIVAR COUNTY, MISSISSIPPI, ET AL.**                           **DEFENDANTS**

## **STIPULATION OF DISMISSAL**

It is hereby stipulated, pursuant to Rule 41(a)(1)(ii), that all claims against Defendants Bolivar County, Mississippi, H. M. "Mack" Grimmett and certain fictitious defendants named in the Amended Complaint as "unknown Sheriff's Deputies of Bolivar County, Mississippi in their individual and official capacities and John Doe Defendants A, B, C and D", (the "Bolivar Defendants") in the above-entitled action may be dismissed with prejudice pursuant to the terms of a Release of Claims and Settlement Agreement entered into between Plaintiff Brenett Haynes ("Plaintiff"), duly appointed successor Administratrix of the Estate of Donovan Dukes, and the Bolivar Defendants, which includes full provisions for any and all claims of attorney's fees and costs arising in this action.

Based on this stipulation, the parties agree that the Court may enter an Order dismissing the Bolivar Defendants with prejudice.

SO STIPULATED this the ___ day of August, 2014

                                                     Respectfully submitted,

                                                     */s/Bobby T. Vance*
                                                     BOBBY T. VANCE
                                                     Attorney for Plaintiffs

*David D. O'Donnell*
DAVID D. O'DONNELL
Attorney for Bolivar Defendants